Causes Nos. 55961, 55963, 55965, 55967, 55969, and 55971 were heard by the Criminal District Court of Harris County.

Causes Nos. 55960, 55962, 55964, 55966, 55968, and 55970 were heard by Criminal District Court No. 2 of Harris County.

The cumulation was sought to be effected by reference to the number of the cause only.

 Where two or more cases are pending before the same court and where the accused is sentenced on the same day, a reference to the other causes by number only is sufficient to cumulate the sentences. Ex parte Snow, 151 Tex.Cr.R. 640, 209 S.W.2d 931.

This is not so where the reference is made to a sentence in another court by number only.

The cumulation herein was effective to authorize relator's confinement for a term of twelve years.

Relator has served such time and, accordingly, is ordered discharged.

## CAVENDER v. STATE.
### No. 26169.

Court of Criminal Appeals of Texas.

Jan. 7, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is murder without malice; the punishment, confinement in the penitentiary for three years.

The record is before us without a statement of facts or bills of exception.

The proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.